IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00780-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JONATHANDAVID DANIEL SCHMIER,

       Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
MATTHEW J. DUNICH, Officer, Badge # 1611, and
CARLOTTA RIVERA, Detective, Badge # 1766D,

       Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, JonathanDavid Daniel Schmier, resides in Virginia Beach, Virginia.  On April 13, 2015, he submitted a Complaint (ECF No. 1).   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this order.  Mr. Schmier will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)    X    is not submitted
(2)    __    is not on proper form (must use the Court's current form)
(3)    __    is missing original signature by Plaintiff
(4)    __    is missing affidavit
(5)    __    affidavit is incomplete
(6)    __    affidavit is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or application
(8)    __    other:

**Complaint or Petition**:
(9)    __    is not submitted

(10)   __X__   is not on proper form (must use the court's current form)
(11)   ____   is missing an original signature by the Plaintiff
(12)   ____   is incomplete
(13)   ____   uses et al. instead of listing all parties in caption
(14)   ____   names in caption do not match names in text of Complaint
(15)   ____   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   ____   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 15, 2015, at Denver, Colorado.

BY THE COURT:


s/Gordon P. Gallagher
United States Magistrate Judge